UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| PEGGY DEAL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:04CV1789 RWS |
| | ) |
| CONSUMER PROGRAMS, INC., | ) |
| | ) |
| Defendant. | ) |

## **JUDGMENT**

In accordance with the Memorandum and Order issued in this case on November 18, 2005, and the joint memorandum filed by the parties on December 1, 2005,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that plaintiff shall have summary judgment against defendant on Count I of plaintiff's amended complaint in the amount of $141,235.07.

**IT IS FURTHER ORDERED**, **ADJUDGED AND DECREED** that defendant shall have summary judgment against plaintiff on Counts II and III of plaintiff's amended complaint, and plaintiff shall take nothing on Counts II and III of the amended complaint.  Each party to bear its own costs.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this   29th   day of December, 2005.